January 17, 1902.) Action by the David Stevenson Brewing Company against Olga R. Jordan. No opinion. Judgment and order affirmed, with costs.

**DEAN, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent.** (Supreme Court, Appellate Division. Third Department. December 31, 1901.) Action by Cora I. Dean, as administratrix, etc., of Ira W. Dean, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

**DEARMAN, Appellant, v. REED et al., Respondents.** (Supreme Court, Appellate Division. Second Department. January 30, 1902.) Action by David C. Dearman against Mary E. Reed and others. No opinion. Order affirmed, with $10 costs and disbursements.

**DIERIG, Respondent, v. CALLAHAN, Appellant.** (City Court of New York, General Term. December, 1901.) Action by Johanna Dierig against Julia A. Callahan. Alfred & Charles Steckler, for appellant. George C. Coffin, for respondent.

CONLAN, J. The action was to recover a sum of money stipulated in a lease held by plaintiff under a bill of sale of the unexpired term. The lease contained a clause that, if the premises were sold during the term, the lessor would pay to the lessee the sum of $500 in case possession of the premises should be demanded. The lease was to one Lina Kiehl, who died during the term, and her administratrix sold the lease to the plaintiff, and she entered into possession of the premises and continued the payment of the rent reserved; the owner receiving from and receipting to her therefor. Upon a former trial the defendant had judgment, which was affirmed by this court at general term, and upon appeal to the appellate term that court reversed the judgment and ordered a new trial. The case in the appellate term is reported in 35 Misc. Rep. 30, 70 N. Y. Supp. 210. It was contended by the defendant upon the new trial, and now upon this appeal, that the assignment of the lease, as claimed by plaintiff, was never accepted by or assented to by the defendant; but in the opinion reversing the former judgment the court said: "But, aside from the fact that the forfeiture of the lease, because of the assignment thereof, was not pleaded, the omission of defendant's consent was immaterial, since it is elementary that an assignment of a lease in violation of restrictions such as here appear, is nevertheless effectual, unless averted by the lessor's re-entry. None such appeared or was claimed on the trial,"—citing Wood, Landl. & Ten. § 530, and cases cited in note 6. That court also held that the payment of the $500 was a condition precedent to the right to possession under the notice required by the lease, and that the covenant to pay was a covenant real, enforceable by the assignee of the term. Under the distinct rulings as thus laid down by the appellate term, we are of the opinion that the issues were correctly determined upon the trial, and that the judgment and order appealed from must therefore be affirmed, with costs. Judgment and order affirmed, with costs. See 70 N. Y. Supp. 210.

HASCALL, J., concurs.

**DI LORENZO, Appellant, v. DI LORENZO, Respondent.** (Supreme Court, Appellate Division, Second Department. January 17, 1902.) Action by Gregorio di Lorenzo against Johanna di Lorenzo. No opinion. Order allowing filing of the exception affirmed, on argument, without costs. See 70 N. Y. Supp. 1012.

**In re DITNER.** (Supreme Court, Appellate Division, Fourth Department. January 28, 1902.) In the matter of the application of Catharine Ditner to compel substitution of an attorney in place of George V. Fleckenstein. No opinion. Order affirmed, with $10 costs and disbursements. All concur, except WILLIAMS, J., who dissents.

**DITTMAR, Appellant, v. GOULD et al., Respondents.** (Supreme Court, Appellate Division, First Department. February 14, 1902.) Action by Anton J. Dittmar against George J. Gould and others, as trustees, etc., impleaded. S. Untermyer, for appellant. L. Semple, for respondents. No opinion. Judgment affirmed, on opinions delivered on previous appeal. 60 App. Div. 94, 69 N. Y. Supp. 708.

**DOERR, Appellant, v. FISS et al., Respondents.** (Supreme Court, Appellate Division, First Department. January 10, 1902.) Action by William H. F. Doerr against Fiss, Doerr & Carroll. E. F. Harding, for appellant. A. J. Baldwin, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

**DONALDSON, Appellant, v. INTERNATIONAL PULP CO., Respondent.** (Supreme Court, Appellate Division, Third Department. December 31, 1901.) Action by William J. Donaldson against the International Pulp Company. No opinion. Judgment unanimously affirmed, with costs.

**DONNELLAN, Respondent, v. THIRD AVE. R. CO., Appellant.** (Supreme Court, Appellate Division, First Department. January 24, 1902.) Action by Thomas Donnellan against the Third Avenue Railroad Company. C. F. Brown, for appellant. G. W. Bristol, for respondent.

PER CURIAM. Upon plaintiff stipulating to reduce judgment as entered to the sum of $2,158.51, judgment as so reduced affirmed, without costs to either party. Unless such stipulation be given, judgment reversed, and new trial ordered; costs to appellant to abide event.

**DOUGLAS et al. v. JONES.** (Supreme Court, Appellate Division, First Department. February 7, 1902.) Action by John F. Douglas and another against Emma L. Jones. No opinion. Motion granted.

**DOWE et al., Appellants, v. GRAND COBRE CO. et al., Respondents.** (Supreme Court, Appellate Division, First Department. Janu-

ary 24, 1902.) Action by William H. Dowe and another against the Grand Cobre Company and others. L. S. Reed, for appellants. M. Evarts, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

DU BOIS et al., Respondents, v. ZIMMER-MAN, Appellant. (Supreme Court, Appellate Division, Third Department. January 14, 1902.) Action by Charles B. Du Bois and another against John J. Zimmerman. No opinion. Motion denied, with $10 costs.

In re DUFFY. (Supreme Court, Appellate Division, First Department. January 17, 1902.) In the matter of M. E. Duffy. No opinion. Proceeding dismissed.

DUFFY, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 7, 1902.) Action by Charles J. Duffy against the Third Avenue Railroad Company. C. F. Brown, for appellant. C. C. Alden, for respondent. No opinion. Judgment and order affirmed, with costs.

DUNN, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 7, 1902.) Action by John Dunn, as administrator, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment affirmed, with costs.

DUSHAN, Appellant, v. ROCHESTER WHEEL CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 21, 1902.) Action by Joseph Dushan against the Rochester Wheel Company. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, and judgment ordered for the defendant on the nonsuit, with costs. All concur, except WILLIAMS, J., who dissents.

DYER, Dist. Atty., v. KNICKERBOCKER. (Supreme Court, Appellate Division, Third Department. January 14, 1902.) In the matter of the charges of Zeb A. Dyer, district attorney of Albany county, N. Y., against Edmund C. Knickerbocker, an attorney and counsellor at law of the supreme court of the state of New York. No opinion. Referred to Hon. Samuel Edwards.

DYETT, Appellant, v. WHITE, Respondent. (Supreme Court, Appellate Division, First Department. December 20, 1901.) Action by Ellen F. Dyett against John S. White. L. O. Van Doren, for appellant. T. P. Wickes, for respondent. No opinion. Judgment affirmed, with costs.

DZINBIENSKI, Respondent, v. J. L. MOTT IRON WORKS, Appellant. (Supreme Court, Appellate Division, First Department. February 7, 1902.) Action by Petre Dzinbienski against the J. L. Mott Iron Works. C. C. Nadal, for appellant. E. Cohn, for respondent. No opinion. Judgment and order affirmed, with costs. See 67 N. Y. Supp. 256.

E. BEMENT & SONS v. ROCKWELL. (Supreme Court, Appellate Division, Third Department. December 31, 1901.) Action by E. Bement & Sons against George W. Rockwell. No opinion. Motion for reargument granted.

EBERHARDT, Appellant, v. EBER-HARDT, Respondent. (Supreme Court, Appellate Division, First Department. January 24, 1902.) Action by Charles Eberhardt against Johanna Eberhardt. H. W. Leonard, for appellant. C. Steckler, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

EIGHME, Appellant, v. EIGHME et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 7, 1902.) Action by Herbert V. Eighme against Albert Eighme and others. No opinion. Judgment affirmed, with costs.

ELLIS, Respondent, v. PARDEE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 7, 1902.) Action by Cora M. Ellis against Mary A. Pardee and another. No opinion. Judgment affirmed, with costs.

ELLIS v. PARDEE et al. (Supreme Court, Appellate Division, Fourth Department. January 28, 1902.) Action by Cora M. Ellis against Mary A. Pardee, individually, etc., and others.

PER CURIAM. Motion for stay of proceedings on appeal to the court of appeals granted to the following extent: Upon the administratrix giving the security required by section 1326 of the Code of Civil Procedure to perfect her appeal, the execution of the judgment, so far as the personal property is concerned, may be stayed pending the appeal; the administratrix in the meantime not to dispose of any part of the personal property, and the same to remain in the Rochester Savings Bank and the Genesee Falls Loan Association, where it is now on deposit, and a copy of this order to be served upon the Rochester Savings Bank and upon the Genesee Falls Loan Association.

In re ELLISON. (Supreme Court, Appellate Division, First Department. January 17, 1902.) In the matter of John E. Ellison. No opinion. Reference ordered.

EVERS, Appellant, v. NEW YORK, N. H. & H. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. January 10, 1902.) Action by John W. Evers against the New York, New Haven & Hartford Railway Company. T. P. Wickes, for appellant. H. W. Taft, for respondent. No opinion. Judgment affirmed, with costs.

EXNER, Respondent, v. O'GARA, Appellant. (Supreme Court, Appellate Term. October, 1901.) Action by Edmund Exner against Thomas O'Gara. James C. Quinn, for appellant. Charles W. Philipbar, for respondent.

FREEDMAN, P. J. No order denying a motion for a new trial having been entered